*This case was not selected for publication in the Federal Reporter*

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Clinton JENNINGS, also known as Blacc Gato, also known as Gato, Defendant–Appellant.**

**No. 05–10720**

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 6, 2006.

Michael Gill, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before REAVLEY, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Clinton Jennings raises arguments that are foreclosed by *United States v. Burns,* 433 F.3d 442, 450–51 (5th Cir.2005), which held that an otherwise valid appeal waiver is not rendered invalid, or inapplicable to an appeal seeking to raise an error pursuant to *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), merely because the waiver was made before *Booker.* Jennings also raises arguments that are foreclosed by *United States v. Austin,* 432 F.3d 598, 599–600 (5th Cir.2005), which held that the application of *Booker's* remedial opinion to a sentencing hearing where the underlying offense was committed pre-*Booker* does not violate constitutional due process or ex post facto requirements. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.